RESPONSE

RESPONSE

NO RESPONSE TO THE ORDER PLACED INTO CASE 23-CV-3259. PLEASE CONTINUE THE CASE WITH IT BEING OPEN TO THE PUBLIC.

THANK YOU, YOUR HONOR

RECEIVED Mail Room
NOV 13 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

DATED THIS 2ND DAY OF NOVEMBER IN THE YEAR OF 2023.

Kelton Jonathan Sorenson
KELTON JONATHON SORENSON